(No. 76-CC-1647– )

Domingo Leonida, Claimant, *v.* The State of Illinois,
Respondent.

*Opinion filed August 3, 1979.*

Robert Weiner, for Claimant.

William J. Scott, Attorney General (William E.
Webber, Assistant Attorney General, of counsel), for Respondent.

Poch, J.

Claimant in this case filed a claim against the State
of Illinois alleging that he was discharged from his
employment at Lincoln State School by a proceeding
initiated by the Department of Mental Health and Developmental Disabilities, State of Illinois. Claimant was
discharged on October 27, 1974, and was subsequently
reinstated on October 15, 1975, after the Civil Service
Commission determined that the charges brought against
him could not be proven.

Claimant claims that his salary loss from the State of
Illinois was $11,182.32 and an additional amount of
$935.00 which represents certain earnings from the Abraham Lincoln Medical Group which was not earned on
State time, which brings the total amount of damages to
$12,117.32.

Claimant testified the $935.00 which was wrongfully
deducted from the overall monies he was entitled to
from the State of Illinois was actually money he earned
on weekends and holidays from the Abraham Lincoln
Medical Group which was not on State time.

Claimant did not apply for Unemployment Compensation because his former attorney advised against it

as his experience with the Illinois Civil Service Hearing usually took three or four months or even less. The facts remained undisputed and the question of the amount of compensation to be awarded is the only issue of substance to be determined. The Claimant has met his burden of proof by a preponderance of the evidence.

Based upon this testimony, the ruling of the Illinois Civil Service which states "that the charges approved by the Director of the Department of Personnel have not been proven and that Claimant, Domingo Leonida, be retained in his position as Illinois Licensed Physician with the Department of Mental Health and Developmental Disabilities, State of Illinois", and the multiple hardships put on the Claimant from the injustice of false charges we find that the Claimant is entitled to compensation in the amount of $12,117.32. The Claimant, Domingo Leonida, is awarded the sum of $12,117.32.